NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

―――――――――――

**PRECISION SPINE, INC.,**
*Appellant*

**v.**

**RSB SPINE, LLC,**
*Appellee*

―――――――――――

2021-2091

―――――――――――

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00264.

―――――――――――

**ON MOTION**

―――――――――――

Before LOURIE, DYK, and HUGHES, *Circuit Judges*.

PER CURIAM.

## O R D E R

The parties move to dismiss the above-captioned appeal pursuant to Fed. R. App. P. 42(b) with each side to bear its own costs and fees.

Upon consideration thereof,

2                                    PRECISION SPINE, INC. v. RSB SPINE, LLC

IT IS ORDERED THAT:

The motion is granted. The appeal is dismissed as stipulated.


FOR THE COURT

November 1, 2022                    /s/ Peter R. Marksteiner
       Date                             Peter R. Marksteiner
                                        Clerk of Court


ISSUED AS AMADATE:  November 1, 2022